UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

DANIEL DAVIS, individually and on behalf of himself and all others similarly situated,

    Plaintiff,

v.

OMNICARE, INC., et al.,

    Defendants.

No. 5:18-CV-142-REW

JUDGMENT

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion & Order entered today, and pursuant to Federal Rule of Civil Procedure 58, the Court:

1. **GRANTS** DE 133;

2. **DISMISSES WITH PREJUDICE** Plaintiff's complaint (DE 1) and all claims in that pleading, per the Opinion & Order and Settlement Agreement; and,

3. **STRIKES** this matter from the Court's active docket, although the Court will retain jurisdiction for the purposes of enforcing the terms of the parties' approved Settlement Agreement.

This the 14th day of September, 2021.



Signed By:
*Robert E. Wier*
United States District Judge

1